# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: **212-465-1188**
FAX: **212-465-1181**
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
               cklee@leelitigation.com

February 4, 2026

**<u>Via ECF</u>**

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:    *Chavez v. Norimen Inc.et al*
              Case No. <u>1:25-cv-08428-LJL</u>

Dear Judge Liman:

      We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel for Defendants to request that this matter be stayed for 90 days, as the parties have agreed to pursue class wide mediation for all locations included in the First Amended Complaint with Salman Ravala, Esq. The parties are conferring regarding scheduling and will provide the Court with the mediation date by February 13, 2025.

      In view of the foregoing, the parties respectfully request that the Court (i) stay all discovery deadlines, and (ii) hold in abeyance all filed motions (Dkt. Nos. 19, 22, and 26).

      This is the parties' first request to stay any deadlines in this matter. We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

This case is stayed pending settlement discussions.  The parties are ordered to submit a joint status report by no later than May 15, 2026 whether the stay may be lifted.  The stay may also be lifted at any time upon a showing of good cause by any part.
Date: February 5, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge