**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALFONSO CHAVEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

     v.

NORIMEN INC., *et al.*,

                Defendants.

---

**Case No.**:  25-cv-08428

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff ALFONSO CHAVEZ ("Plaintiff") to take a judgment against them, in the sum of One Hundred and Twenty Thousand Dollars and No Cents ($120,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 26, 2026 and filed as Exhibit A to Docket Number 32;

**WHEREAS**, on February 26, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 32);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ALFONSO CHAVEZ, in the sum of $120,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 26, 2026 and filed as Exhibit A to Docket Number 32. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: February 27, 2026
      New York, New York

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge